Heather E. Harriman, OSB #99236
E-mail: heather.harriman@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 09-40551-rld7 |
| Joel Robert Knowling, | ) Chapter 7 |
|     Debtor. | ) DEBTOR'S MOTION FOR ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF INTENTIONS |

    Joel R. Knowling ("Debtor") moves this court for entry of an administrative order extending until January 15, 2010, the time for filing his Schedules and Statement of Financial Affairs. In support of this motion, Debtor submits the following:

    1.    On December 18, 2009 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. It was an "emergency filing" because of a show cause hearing set later that day, and an impending contempt motion.

    2.    Pursuant to the Court's Order and Notice Regarding Filing of Document(s); and Notice of Proposed Dismissal [Dkt #5] entered on December 21, 2009, Debtor is required to file (i) Attorney's Statement/Disclosure of Compensation, (ii) complete Schedules including the Summary of Schedules and Declaration of Schedules, and (iii) the Statement of Financial Affairs ("SOFA") by January 4, 2010 (collectively, the "Required Documents"). For the reasons explained more fully below, Debtor needs additional time to finalize the Required Documents

**Page 1of 2 -**    DEBTOR'S MOTION FOR ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF INTENTIONS

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**

before filing them with the Court.

**Jurisdiction**

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § § 157 and 1334 and LR 2100.1. Consideration of this motion constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). The predicate for the relief sought by this motion is Bankruptcy Rule 1007(c). Venue is proper under 28 U.S.C. § 1408.

**Relief Requested**

4. By this motion, the Debtor seeks entry of an order extending until January 15, 2010, the time within which it must file the Required Documents identified in paragraph 2 above.

**Points and Authorities**

5. Under Bankruptcy Rule 1007(c), in a voluntary case, the schedules, statements, and other documents required by Bankruptcy Rule 1007(b), including the SOFA, must be filed with the petition, or within 14 days thereafter, unless that period is extended "on motion for cause shown and on notice to the United States trustee and to any committee. . . appointed under § 1102 of the Code, . . . or other party as the court may direct."

6. Good cause exists for granting the limited extension requested by this motion. The Debtor is unable to fully complete and file the Required Documents within 14 days of the Petition Date (i.e., January 4, 2010) because, among other reasons, the undersigned's bankruptcy paralegal is on vacation until January 4, 2010.

WHEREFORE, the debtor requests entry of an order extending until January 15, 2010, the time within which it must file the Required Documents.

DATED this 22nd day of December, 2009.     GREENE & MARKLEY, P.C.

By   /s/ Heather E. Harriman
Heather E. Harriman, OSB #99236
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
heather.harriman@greenemarkley.com
Attorneys for Debtor

**Page 2 of 2** -   DEBTOR'S MOTION FOR ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF INTENTIONS

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

CERTIFICATE OF SERVICE

I CERTIFY that, on the date set forth below, true and correct copies of DEBTOR'S MOTION FOR ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF INTENTIONS, were served by electronic notice through the bankruptcy court's ECF system, upon the following:

Peter C. McKittrick, Trustee
pmckittrick@mckittrickinc.com
pmckittrick@ecf.epiqsystems.com
cmorris@mckittrickinc.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

DATED this 22nd day of December, 2009.

/s/ Heather E. Harriman
Heather E. Harriman, OSB #99236
Attorneys for Debtor

\G:\Clients\6855\P Motion for Order Granting Extension of Time.wpd

Page 1 of 1 - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**