B203
12/94

# United States Bankruptcy Court
### DISTRICT OF OREGON

In re  Joel Robert Knowling

Case No. _____09-40551-rld7_____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………......... $ ___24,500.00___

Prior to the filing of this statement I have received ........…………….............. $ ___23,500.00___

Balance Due ...........................…………………………………….................. $ ___1,000.00___

2.  The source of compensation paid to me was:

[✓] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[✓] Debtor          [ ] Other (specify)

4.  [✓]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d. [Other provisions as needed]
  Adversary proceeding under 11 USC § 505

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
  Adversary proceedings under 11 USC §§ 523 or 727

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

January 15, 2010                              /s/ Heather E. Harriman
_____                    _____
Date                                        *Signature of Attorney*

                                            Greene & Markley, P.C.
                                            _____
                                            *Name of law firm*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                ) Case No. _____ (If Known)
                                                     )
                                                     ) CHAPTER 7 INDIVIDUAL DEBTOR'S*
                                                     ) STATEMENT OF INTENTION
Debtor(s)                                            ) PER 11 U.S.C. §521(a)

**\*IMPORTANT NOTICES TO <u>DEBTOR(S)</u>:**
(1) **SIGN AND FILE this form <u>even if</u>** you show "NONE," **<u>AND</u>**, if creditors are listed, **have the service certificate COMPLETED**;  **<u>AND</u>**
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under
11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate.  (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of
the estate.  Attach additional pages is necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):      SURRENDERED        RETAINED | |
| If retaining the property, I intend to (check at least one):<br>   Redeem the property<br>   Reaffirm the debt<br>   Other.  Explain (for example, avoid lien using 11 USC §522(f))_____ | |
| Property is (check one):      CLAIMED AS EXEMPT          NOT CLAIMED AS EXEMPT | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):      SURRENDERED        RETAINED | |
| If retaining the property, I intend to (check at least one):<br>   Redeem the property<br>   Reaffirm the debt<br>   Other.  Explain (for example, avoid lien using 11 USC §522(f))_____ | |
| Property is (check one):      CLAIMED AS EXEMPT          NOT CLAIMED AS EXEMPT | |

| Property No. 3 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be (check one):      SURRENDERED        RETAINED | |
| If retaining the property, I intend to (check at least one):<br>   Redeem the property<br>   Reaffirm the debt<br>   Other.  Explain (for example, avoid lien using 11 USC §522(f))_____ | |
| Property is (check one):      CLAIMED AS EXEMPT          NOT CLAIMED AS EXEMPT | |

**PART B** - Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br><br>            YES                    NO |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br><br>            YES                    NO |

| Property No. 3 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br><br>            YES                    NO |

Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.

DATE: _____

_____
DEBTOR'S SIGNATURE

_____
JOINT DEBTOR'S SIGNATURE (If applicable)

*I/WE THE UNDERSIGNED, CERTIFY THAT COPIES OF* <u>BOTH</u> *THIS DOCUMENT* <u>AND</u> *LOCAL FORM #715 WERE SERVED ON* ANY CREDITOR NAMED ABOVE.

DATE: _____

_____
DEBTOR OR ATTORNEY'S SIGNATURE           OSB# (if attorney)

_____
JOINT DEBTOR'S SIGNATURE (If applicable and no attorney)

_____
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

_____
SIGNER'S ADDRESS (if attorney)

_____

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS**
Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

**QUESTIONS????**
Call an attorney with questions about these procedures or the law.  However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

**PART A** - Continuation

| Property No. 4 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):        SURRENDERED        RETAINED

If retaining the property, I intend to (check at least one):
    Redeem the property
    Reaffirm the debt
    Other.  Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one):    CLAIMED AS EXEMPT        NOT CLAIMED AS EXEMPT

| Property No. 5 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):        SURRENDERED        RETAINED

If retaining the property, I intend to (check at least one):
    Redeem the property
    Reaffirm the debt
    Other.  Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one):    CLAIMED AS EXEMPT        NOT CLAIMED AS EXEMPT

| Property No. 6 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):        SURRENDERED        RETAINED

If retaining the property, I intend to (check at least one):
    Redeem the property
    Reaffirm the debt
    Other.  Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one):    CLAIMED AS EXEMPT        NOT CLAIMED AS EXEMPT

**PART B** - Continuation

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>        YES            NO |

| Property No. 5 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>        YES            NO |

| Property No. 6 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2):<br>        YES            NO |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re     Joel Robert Knowling

_____
Debtor

Case No.    09-40551-rld7

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   513,500.00 | | |
| B – Personal Property | YES | 7 | $   859,547.80 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $  4,435,265.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $   729,820.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $  3,566,807.74 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $   5,257.00 |
| **TOTAL** | | 39 | $ 1,373,047.80 | $ 8,731,892.92 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

# United States Bankruptcy Court
### DISTRICT OF OREGON

In re    Joel Robert Knowling                 Case No.    09-40551-rld7

                Debtor

                                          Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

## Disclosures & Disclaimers to Schedules

Many of the assets identified in these Schedules were awarded to Debtor's ex-wife, Tracy Bales, in a default dissolution judgment entered in Multnomah County Circuit Court, case no. 0903-62562 ("Dissolution Proceeding"), on or about November 30, 2009. Debtor disputes the validity of the judgment and filed various motions and other documents on or about December 17, 2009, all intended to set aside the Default and protect the property at issue in the Dissolution Proceeding until the court could rule on the propriety of the Default. Debtor has filed for relief from the automatic stay to allow the Dissolution Proceeding to go forward in certain particulars.

Within the Schedules themselves, there was an attempt to identify those assets awarded to Ms. Bales in the Dissolution Proceeding. However, since Debtor disputes the validity of the default judgment in the Dissolution Proceeding, Debtor has taken the position in his Schedules that he has the same ownership of various assets as he had prior to the default judgment's entry.

For purposes of valuing the assets, to the extent that an asset was co-owned by Debtor and Ms. Bales prior to the default judgment, the value of those assets in the Schedules is 1/2 of those assets' values to take into consideration Debtor's 1/2 interest.

Ms. Bales is in possession of many of the Debtor's financial and asset records. Additionally, Debtor has not been inside the marital home (6235 SW Parkhill Way, Portland, OR) for approximately 1 1/2 years, making it difficult to identify some of the assets. Thus, Debtor's Schedules have been prepared based upon Debtor's recollection of the items inside the marital home and the best available information.

At the time Debtor filed his Petition, Debtor was unemployed and had ceased doing business. He was not earning any income and could not estimate projected income. Debtor is now employed, but is receiving compensation based upon commission with no base pay. To date, Debtor has not made any money. Debtor does not believe that he will see any commissions from his current employment for another couple of months.

Debtor's new employer has agreed to lease a vehicle for him. Once the employer does so, Debtor's travel expenses will decrease. Debtor does not yet know when that will occur.

To the extent that Debtor obtains additional information concerning any of the assets and liabilities identified in the Schedules or Statement of Financial Affairs ("SOFA"), Debtor will promptly amend the Schedules and/or SOFA.

\G:\Clients\6855\O Attachment to Schedules.wpd

In re   Joel Robert Knowling                                    Case No.   09-40551-rld7
_____                      _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Former Residence<br><br>6235 SW Parkhill Way, Portland, OR<br>FMV stated represents debtor's 1/2 interest (awarded to debtor and ex-wife in default divorce judgment); valuation info provided by www.zillow.com | Tenancy by the Entirety | | 513,500.00 | 1,238,038.70 |

Total ➤   513,500.00

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   Joel Robert Knowling                                                      Case No.   09-40551-rld7
_____                                                   _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>FMV stated represents cash on hand as of the date of filing this chapter 7 case (hereafter the "Petition Date"). Note: $2,500 paid to Gearing Rackner Engel LLP to fulfill debtor's agreed retainer deposit to domestic relations counsel | | 2,800.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank Joint Savings Account<br>Branch: Jantzen Beach<br>Account No. ending 4399<br>FMV stated represents debtor's 1/2 interest (acct. was to be closed within 30 days of the entry of the Default General Judgment of Dissolution of Marriage) | | 5.00 |
| | | Northwest Resource Federal Credit Union Member Account<br>Member Account No. ending 0753<br>Note: Debtor has no information re this account as it was opened and used exclusively by ex-wife | | Unknown |
| | | US Bank Business Checking Account<br>Branch: Jantzen Beach<br>Account No. ending 9982<br>Account overdrawn in the amount of -$45.41 as of the Petition Date | | 0.00 |
| | | US Bank Joint Checking Account | | 35.30 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

In re   Joel Robert Knowling                                   Case No.   09-40551-rld7
_____                                        _____
                **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Branch: Jantzen Beach Account No. ending 7769 FMV represents debtor's 1/2 interest (acct. was to be closed within 30 days of the entry of the Default General Judgment of Dissolution of Marriage) | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Greene & Markley, P.C. IOLTA Trust Account Earned on Receipt Minimum Fee for legal services re chapter 7 debtor representation | | 23,500.00 |
| | | Gearing Rackner Engel LLP - IOLTA Trust Account Retainer deposit re representation of debtor in state court divorce proceeding | | 7,500.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods, Furnishings & Appliances, Etc. - Cabin Misc. household goods, furnishings, appliances, etc. located at 21580 E Lolo Pass Rd., Rhododendron, OR ("Cabin") | | 2,140.00 |
| | | Household Goods & Furnishings - Yacht "Fired Up" FMV represents debtor's 1/2 interest (awarded to ex-wife in default divorce judgment) | | 432.50 |
| | | Household Goods & Furnishings - 6235 SW Parkhill Way, Portland, OR ("Marital Home") FMV represents debtor's 1/2 interest (awarded to ex-wife in default divorce judgment) | | 16,710.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures & Collectibles - Cabin Misc. books and bric-a-brac | | 70.00 |
| | | Artwork - Metal Salmon (Yacht) | | 25.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

In re   Joel Robert Knowling                                    Case No.   09-40551-rld7
           **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | FMV stated reps debtor's 1/2 interest (awarded to ex-wife in default divorce judgment with yacht) | | |
| | | Artwork, Disney Collectibles & Misc. Holiday Decorations - Marital Home | | 33,250.00 |
| | | FMV represents debtor's 1/2 interest (awarded to ex-wife in default divorce judgment) | | |
| 6.   Wearing apparel. | | Men's Clothing & Accessories | | 1,125.00 |
| | | Misc. men's clothing, suits, casual wear and accessories | | |
| 7.   Furs and jewelry. | | Men's Casual Watch & Wedding Band | | 250.00 |
| | | Casual watch ($200); wedding band (titanium and gold) ($50) | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | 12 Gauge Shotgun | | 75.00 |
| | | FMV represents debtor's best estimate | | |
| | | Sports & Hobby Equipment | | 125.00 |
| | | Fishing poles & tackle ($50); snowmobile gear ($50); golf clubs ($25) | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Jefferson Pilot Life Insurance Policy | | Unknown |
| | | Policy No. ending 2807 | | |
| | | Face amount/Type (Term or Whole) Unknown | | |
| | | Owner/Insured: Joel R. Knowling | | |
| | | Beneficiary: Tracy Knowling | | |
| | | Date of Issue: Unknown | | |
| | | Original policy information in possession of debtor's ex-wife | | |
| | | West Coast Life Insurance Policy | | Unknown |

In re    Joel Robert Knowling                                    Case No.    09-40551-rld7
_____                                          _____
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Policy No. ending 6419 Face amount/Type (Term or Whole) Unknown Owner/Insured: Joel R. Knowling Beneficiary: Tracy Knowling Date of Issue: Unknown Original policy information in possession of debtor's ex-wife | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Interest in Ex-Wife's SmithBarney Retirement Account(s) FMV stated represents debtor's approx. 1/2 interest in the appreciation value of ex-wife's retirement account (based upon Oregon dissolution law) | | 25,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Interest in Ivy Equipment, LLC Debtor owns 3% membership interest in Ivy Equipment, LLC; debtor believes there is no value as of the Petition Date (business is showing loss) | | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

In re    Joel Robert Knowling                                    Case No.    09-40551-rld7
_____                        _____
              **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Income Tax Refunds<br>According to IRS tax transcripts, there are credits in debtor's tax accounts, but debtor has not filed tax returns; therefore, any refunds due debtor as of the Petition Date are unknown | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 BMW 645CI Convertible - For Disclosure Purposes Only<br>FMV represents debtor's 1/2 interest (awarded to ex-wife in default divorce judgment) | | 15,475.00 |
| | | Ski-Doo Snowmobiles<br>2005 800 Rev Ski Doo ($5,500); 2005 600 Rev Ski Doo ($4,500); VIN #2BPSCL5B95V000062 and 2BPSCH5CX5V000044 (awarded to ex-wife in default divorce judgment) | | 10,000.00 |
| | | EZ Go Golf Cart<br>Model H400; FMV represents debtor's best estimate of current value (awarded to ex-wife in default divorce judgment) | | 1,500.00 |

In re   Joel Robert Knowling                                     Case No.   09-40551-rld7
                        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1999 Ford Taurus - For Disclosure Purposes Only<br>Vehicle purchased and gifted to debtor's mother in Oct. 2005; title vested in debtor but vehicle registered and owned by mother; debtor claims no interest | | 0.00 |
| 26.  Boats, motors, and accessories. | | 2004 62' Motor Yacht "Fired Up"<br>USCG #1145339<br>Serial No. VIS62128G304 ("Fired Up");<br>Yacht titled jointly in debtor and ex-wife's name; FMV stated represents debtor's estimated 1/2 interest (awarded to ex-wife in default divorce judgment) | | 375,000.00 |
| | | 2006 Christianson 36 x 81' Floating Home Boathouse Combo<br>Floating garage, w/600 sq. ft. framed apartment - 1/2 bath (unfinished) & balcony, located at Columbia River Yacht Club, Slip D-15; FMV stated rep's debtor's 1/2 interest (awarded to ex-wife in default divorce judgment) | | 125,000.00 |
| | | Boat Accessories & Equipment (on the Yacht)<br>FMV represents debtor's 1/2 interest (awarded to ex-wife in default divorce judgment with Yacht) | | 250.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Office Equipment & Supplies - 1239 NE 92nd Avenue, Portland, OR ("Commercial Property")<br>Filing cabinets, computers, monitors, copier/scanner/fax machine; calculators, microwave, typewriter, phones, chairs, etc. used in debtor's business | | 1,230.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Tools, Shop & Support Equipment - Commercial Property | | 11,550.00 |

In re    Joel Robert Knowling                                          Case No.    09-40551-rld7
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Various shop, mechanics tools, and fixtures (loading dock, fork lift, etc.) used in debtor's business | | |
| 30. Inventory. | | Inventory - Commercial Property Rolling stock construction equipment inventory on yard (includes inventory owned by debtor and equipment stored at yard); parts and battery inventory in shop | | 121,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Club Membership - Columbia River Yacht Club Member No. ending 1510; membership entitles debtor to use of amenities such as clubhouse; debtor's interest however, is non-transferrable and therefore debtor believes there is no value | | 0.00 |
| | | Water Use Rights - Columbia River Yacht Club 2,835 sq. ft. water use rights (Slip D15); FMV est. @ $30 sq ft (debtor gave bills of sale of water rights to creditors; debtor believes creditors have worked out a deal with regard to transfer of these rights; debtor claims no interest) | | 85,500.00 |

__0__ continuation sheets attached        Total    $    859,547.80

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C)  (12/07)

In re   Joel Robert Knowling                                   Case No.   09-40551-rld7
                    **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                          $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2004 62' Motor Yacht "Fired Up" | ORS 18.395 (1) | 40,000.00 | 375,000.00 |
| Jefferson Pilot Life Insurance Policy | ORS 743.046 | Unknown | Unknown |
| West Coast Life Insurance Policy | ORS 743.046 | Unknown | Unknown |
| Cash | ORS 18.345 (1)(o) | 400.00 | 2,800.00 |
| Tools, Shop & Support Equipment - Commercial Property | ORS 18.345 (1)(c) | 2,000.00 | 11,550.00 |
| Household Goods, Furnishings & Appliances, Etc. - Cabin | ORS 18.345 (1)(f) | 2,140.00 | 2,140.00 |
| Books, Pictures & Collectibles - Cabin | ORS 18.345 (1)(a) | 70.00 | 70.00 |
| Men's Clothing & Accessories | ORS 18.345 (1)(b) | 1,300.00 | 1,125.00 |
| Men's Casual Watch & Wedding Band | ORS 18.345 (1)(b) | 500.00 | 250.00 |
| 12 Gauge Shotgun | ORS 18.362 | 1,000.00 | 75.00 |
| Office Equipment & Supplies - 1239 NE 92nd Avenue, Portland, OR ("Commercial Property") | ORS 18.345 (1)(c) | 1,000.00 | 1,230.00 |
| Interest in Ex-Wife's SmithBarney Retirement Account(s) | ORS 18.358 | 25,000.00 | 25,000.00 |
| Household Goods & Furnishings - 6235 SW Parkhill Way, Portland, OR ("Marital Home") | ORS 18.345 (1)(f) | 860.00 | 16,710.00 |
| Artwork, Disney Collectibles & Misc. Holiday Decorations - Marital Home | ORS 18.345 (1)(a) | 530.00 | 33,250.00 |
| Total exemptions claimed: | | 74,800.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

**In re** ___Joel Robert Knowling_____,    **Case No.**09-40551-rld7_____

   **Debtor**                                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Bank of America <br> 450 American St <br> Simi Valley, CA 93065-6285 <br><br> VALUE $ 1,027,000.00 | X | | Incurred: 8/2005 <br> Lien: First Mortgage <br> Security: Real property located at 6235 SW Parkhill Dr, Portland | | | | 471,660.00 | 0.00 |
| **ACCOUNT NO.** <br><br> Bank of America <br> POB 45144 <br> Jacksonville, FL 32232 <br><br> VALUE $ 750,000.00 | X | | Lien: PMSI <br> Security: 2004 62' Horizon Motor Yacht | | | | 315,948.00 | 0.00 |
| **ACCOUNT NO.** <br><br> Brown, Michael D <br> 19713 SE 26th Way <br> Camas, WA 98607 <br><br> VALUE $ 111,000.00 | | | Incurred: 10/15/09 & 10/23/09 <br> Lien: UCC-1's, Promissory Notes, Security Agreements & Personal Guaranties <br> Security: Equipment | | | X | 1,800,000.00 | 1,689,000.00 |

___3___ continuation sheets attached

Subtotal ▶ | $ 2,587,608.00 | $ 1,689,000.00
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re   Joel Robert Knowling_____,        Case No.____09-40551-rld7_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brown, Michael D<br>c/o Gregory J Dennis Esq<br>POB 1086<br>Vancouver, WA 98666 | | | Notice only provided; attorney for creditor in MCCC Case No. 0911-16485<br><br>VALUE $ 0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 59-1<br><br>Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | X | | Incurred: 8/2005<br>Lien: Second Mortgage<br>Security: Real property located at 6235 SW Parkhill Way, Portland<br><br>VALUE $ 1,027,000.00 | | | | 290,394.00 | 0.00 |
| ACCOUNT NO.<br><br>Glen, Terry & Lyn<br>901 SE 380th Ct<br>Washougal, WA 98671 | | | Incurred: 6/1/09<br>Lien: Commercial Promissory Note & Security Agreement<br>Security: 2,835 Sq. Ft. Water Use Rights (Slip D-15) at Columbia River Yacht Club<br><br>VALUE $ 85,500.00 | | | | 40,000.00 | 0.00 |
| ACCOUNT NO. 9024<br><br>IRS<br>POB 21126<br>Philadelphia, PA 19114 | | | Incurred: 2005<br>Lien: Federal Tax Lien (1040 Income tax)<br>Security: All real property owned by debtor<br>Amount due including penalties and interest calculated as of 12/10/09<br><br>VALUE $ 1,027,000.00 | | | X | 466,665.72 | 0.00 |
| ACCOUNT NO.<br><br>Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR 97239 | | | Incurred: 11/30/09 & 12/11/09<br>Lien: UCC-1 re Default General Judgment of Dissolution of Marriage<br>Security: Real and personal property owned by debtor<br><br>VALUE $ 1,373,047.80 | | | X | 775,000.00 | 0.00 |

Sheet no._1_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page) | $ 1,572,059.72 | $
Total(s) (Use only on last page) | $ | $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6D (Official Form 6D) (12/07) – Cont.

In re    Joel Robert Knowling_____,        Case No.____09-40551-rld7_____
         **Debtor**                                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9859<br><br>Multnomah County Tax Assessor<br>POB 2716<br>Portland, OR  97216 | X | | Incurred: 2009-10<br>Lien: Personal property tax<br>Security: 2006 Christianson Houseboat<br><br>VALUE $        250,000.00 | | | | 1,852.93 | 0.00 |
| ACCOUNT NO. 4386<br><br>Multnomah County Tax Assessor<br>POB 2716<br>Portland, OR  97216 | X | | Incurred: 2008-09 and 2009-10<br>Lien: Real property taxes<br>Security: Real property located at 6235 SW Parkhill Dr., Portland, OR<br><br>VALUE $      1,027,000.00 | | | | 23,723.60 | 0.00 |
| ACCOUNT NO. 1562<br><br>Premium Financing Specialists Inc<br>201 W North River Dr Ste 301<br>Spokane, WA  99218 | | | Incurred: 2009<br>Lien: Set off rights against down payment of insurance premium<br>Security: Commercial General Liability Insurance Policy<br><br>VALUE $        2,964.38 | | | | 8,520.93 | 5,556.55 |
| ACCOUNT NO.<br><br>Vision Plastics Inc<br>26000 SW Parkway Center Dr<br>Wilsonville, OR  97070 | | | Incurred: 10/8/09<br>Lien: UCC-1, Promissory Note, Security Agreement<br>Security: Various equipment; 2,835 sq. ft. water use rights<br><br>VALUE $        196,500.00 | | | X | 241,500.00 | 45,000.00 |
| ACCOUNT NO.<br><br>Vision Plastics Inc<br>c/o Jeffrey C Bodie Esq<br>1211 SW Fifth Ave #1100<br>Portland, OR  97204-3737 | | | Notice only provided; attorney for creditor in litigation, MCCC Case No. 0911-16155<br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)▶<br>(Total(s) of this page) | $    275,597.46 | $    50,556.55 |
| Total(s)▶<br>(Use only on last page) | $ 4,435,265.18 | $1,739,556.55 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07)

In re   Joel Robert Knowling                                              ,          Case No._____09-40551-rld7_____
_____                                        _____
                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Joel Robert Knowling                                    ,    Case No.  09-40551-rld7
                          Debtor                                                      (if known)


☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re <u>Joel Robert Knowling</u>,                     Case No. <u>09-40551-rld7</u>
_____                              _____
            **Debtor**                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(1)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR 97239 | | | Incurred: 11/30/09<br>Consideration: Maintenance Spousal Support<br>Debtor required to pay support of $10,000 p/mo for 72 months | | | X | 720,000.00 | 720,000.00 | 0.00 |
| ACCOUNT NO.<br>Knowling, Tracy<br>c/o Brian J Kulhanjian Esq<br>808 SW 15th Ave<br>Portland, OR 97205-1907 | | | Consideration: Precautionary notice only provided Attorney for creditor | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 720,000.00 | $ 720,000.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6E (Official Form 6E) (12/07) - Cont.

In re __Joel Robert Knowling_____,    Case No. ___09-40551-rld7_____
        **Debtor**                 **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)  Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0604 <br><br>City of Portland<br>License & Tax Division<br>111 SW Columbia #600<br>Portland, OR  97201-5840 | | | Incurred: 2008<br>Consideration: Portland business license & Multnomah County business income tax | | | | 9,820.00 | 9,820.00 | 0.00 |
| ACCOUNT NO.  9024 <br><br>IRS<br>POB 21126<br>Philadelphia, PA  19114 | | | Incurred: 2006-2009<br>Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  9024 <br><br>ODR Bkcy<br>955 Center NE #353<br>Salem, OR  97301-2555 | | | Incurred: 2006-2009<br>Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ | $  9,820.00 | $ | $
(Totals of this page)

Total ▶ | $  729,820.00
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ▶ | $ | $  729,820.00 | $    0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re ___Joel Robert Knowling_____,    Case No. ___09-40551-rld7_____
           **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2808 <br><br> AAA Oregon <br> 600 SW Market St <br> Portland, OR  97201 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.  4364 <br><br> ADT Security Services Inc <br> 14200 E Exposition Ave <br> Aurora, CO  80012 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO.  1918 <br><br> Allied Waste Services #472 <br> 10239 NE Marx St <br> Portland, OR  97220 | | | Incurred: 2009 <br> Consideration: Garbage services | | | | 426.65 |
| ACCOUNT NO. <br><br> American Aerials Inc <br> POB 40036 <br> Sarasota, FL  34242 | | | Incurred: 2007-2009 <br> Consideration: Trade debt | | | | 482,642.21 |

___16___continuation sheets attached

Subtotal ➤ | $ | 483,068.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Joel Robert Knowling _____ ,          Case No. ___09-40551-rld7___
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1009<br><br>American Express<br>c/o NCO Financial Systems Inc<br>POB 15760 Dept 07<br>Wilmington, DE  19850-5760 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |
| ACCOUNT NO.  1009<br><br>American Express<br>POB 297879<br>Ft Lauderdale, FL  33329-7879 | | | Consideration: Precautionary creditor<br>Notice only provided | | | | Notice Only |
| ACCOUNT NO.  1009<br><br>American Express<br>POB 981535<br>El Paso, TX  79998-1535 | | | Consideration: Business open line of credit | | | | 12,988.60 |
| ACCOUNT NO.  8265<br><br>Aronson, Lee Esq<br>Schulte Anderson Downes et al<br>811 SW Naito Pkwy Ste 500<br>Portland, OR  97204-3379 | | | Incurred: 2009<br>Consideration: Legal services<br>Re: Personal injury - product liability (Schaffer) lawsuit pending in Marion County Circuit Court Case No. 09C17482 | | | | 880.50 |
| ACCOUNT NO.  2016<br><br>Bank of America<br>POB 15026<br>Wilmington, DE  19820-5026 | | | Consideration: Credit card debt | | | | 28,522.47 |

Sheet no.  1  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 42,391.57

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Joel Robert Knowling_____,    Case No. ___09-40551-rld7_____
         **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5 01 <br><br> Bank of America <br> POB 15027 <br> Wilmington, DE  19850-5027 | | | Consideration: Personal line of credit used in business | | | | 22,905.60 |
| ACCOUNT NO.  C064 <br><br> Battery Systems Inc <br> POB 90906 <br> Long Beach, CA  90809-0906 | | | Incurred: 2009 <br> Consideration: Trade debt | | | | 3,866.60 |
| ACCOUNT NO. <br><br> BMW Financial Services <br> 5515 Parkcenter Cir <br> Dublin, OH  43017-3584 | | | Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO. <br><br> Brown, Lance <br> 3318 Mission Beach Dr <br> Marysville, WA  98721 | X | | Incurred: 3/18/02 <br> Consideration: Personal loan | | | | 45,000.00 |
| ACCOUNT NO.  6124 <br><br> Capital One Bank USA NA <br> POB 30285 <br> Salt Lake City, UT  84130-0285 | | | Consideration: Credit card debt | | | | 7,054.87 |

Sheet no. __2__ of __16__ continuation sheets attached                                    Subtotal➤ | $ | 78,827.07
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Joel Robert Knowling                          ,        Case No. ___09-40551-rld7_____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2198 <br><br> Chase Card Services <br> POB 15298 <br> Wilmington, DE  19850-5298 | | | Consideration: Credit card debt | | | | 15,747.67 |
| ACCOUNT NO.  9740 <br><br> Chase Card Services <br> POB 15298 <br> Wilmington, DE  19850-5298 | | | Consideration: Credit card debt | | | | 5,267.52 |
| ACCOUNT NO. <br><br> Chase Cardmember Service <br> POB 15548 <br> Wilmington, DE  19886-5548 | | | Consideration: Precautionary creditor <br> Notice only provided | | | | Notice Only |
| ACCOUNT NO. <br><br> Chavez, Martin <br> 11500 NE 76th #313 <br> Vancouver, WA  98662 | | | Consideration: Services - boat wash | | | | 300.00 |
| ACCOUNT NO.  001P <br><br> Chubb Group of Insurance Companies <br> POB 7247-0180 <br> Philadelphia, PA  19170-0180 | X | | Incurred: 2009 <br> Consideration: Yacht insurance policy | | | | 5,428.54 |

Sheet no. _3_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 26,743.73

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Joel Robert Knowling                                    ,        Case No. ___09-40551-rld7_____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Coast Crane Co<br>c/o The Firm<br>1070 12th St Ste 1<br>Vero Beach, FL  32960 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |
| ACCOUNT NO.  L200<br><br>Coast Crane Co<br>Dept 33655<br>POB 39000<br>San Francisco, CA  94139 | | | Incurred: 2008-2009<br>Consideration: Trade debt | | | | 5,700.00 |
| ACCOUNT NO.  1510<br><br>Columbia River Yacht Club<br>37 NE Tomahawk Island Dr<br>Portland, OR  97217 | | | Incurred: 2009<br>Consideration: Water, sewer & moorage, fire monitoring | | | | 407.50 |
| ACCOUNT NO.  4696<br><br>Comcast Cable<br>9605 SW Nimbus Ave<br>Beaverton, OR  97008-7198 | | | Incurred: 2009<br>Consideration: Cable tv - 1900 SW River Dr Unit 402 | | | | 273.60 |
| ACCOUNT NO.  9837<br><br>Comcast Cable<br>c/o Credit Collection Services<br>Two Wells Ave Dept 9133<br>Newton, MA  02459 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |

Sheet no. __4__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,381.10

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Joel Robert Knowling_____ ,          Case No. ___09-40551-rld7_____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5752 <br><br> Creighan, Jacki <br> The Burlington Insurance Co <br> 17015 N Scottsdale Rd Ste 245 <br> Scottsdale, AZ 85255 | | | Consideration: Precautionary creditor <br> Notice only provided; debtor and dba Columbia River Lift Equipment, insureds; personal injury - products liability lawsuit (Marion County Circuit Court Case No. 09C17482 | | | | Notice Only |
| ACCOUNT NO.  4972 <br><br> Direct TV <br> POB 6550 <br> Greenwood Village, CO  80155-6550 | | | Consideration: Cable tv | | | | 258.90 |
| ACCOUNT NO.  4945 <br><br> Emerge Visa <br> POB 105555 <br> Atlanta, GA  30348-5555 | | | Consideration: Credit card debt | | | | 4,423.88 |
| ACCOUNT NO. <br><br> Eves, Mark W Esq <br> 3236 SW Kelly Ave Ste 200 <br> Portland, OR  97239 | | | Consideration: Notice only provided | | | | Notice Only |
| ACCOUNT NO. <br><br> Glenn, John <br> 35036 Hankey Rd <br> St Helens, OR  97051 | | | Consideration: Flotation on boathouse | | | | 1,350.00 |

Sheet no. __5__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,032.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Joel Robert Knowling                    ,          Case No.  09-40551-rld7
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2670<br><br>Globalstar<br>Customer Care Department<br>POB 640670<br>San Jose, CA  95164-0670 | | | Consideration: Satellite telephone & internet system - Yacht | | | | 27.78 |
| ACCOUNT NO.<br><br>Hayden Island Canvas<br>PMB #173<br>1521 N Jantzen St<br>Portland, OR  97217 | | | Incurred: 9/22/09<br>Consideration: Boat repairs | | | | 879.00 |
| ACCOUNT NO.  0325<br><br>Home Depot Credit Services<br>POB 6530000<br>Dallas, TX  75265-3000 | | | Consideration: Revolving charge account | | | | 154.19 |
| ACCOUNT NO.<br><br>Huggins, Dave & Kathy<br>9613 NW 20th Ave<br>Vancouver, WA  98665 | | | Incurred: 2009<br>Consideration: Boat cleaning services ("Fired Up")<br>Amount due approximate | | | | 896.70 |
| ACCOUNT NO.  0269<br><br>Ivy Equipment<br>POB 20817<br>Portland, OR  97294-0817 | | | Incurred: 2009<br>Consideration: Trade debt | | | | 1,500.00 |

Sheet no.  6  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     3,457.67

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Joel Robert Knowling _____ ,          Case No. ___09-40551-rld7_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JLG Industries Inc <br> 13224 Fountainhead Plaza <br> Hagerstown, MD 21742 | | | Incurred: 10/16/03 <br> Consideration: Precautionary creditor | | | | Notice Only |
| ACCOUNT NO. 3 49 <br><br> Kaiser Permanente <br> Northwest Region <br> POB 921005 <br> Ft Worth, TX 76121-0005 | | | Incurred: 2009 <br> Consideration: Membership insurance premium | | | | 772.00 |
| ACCOUNT NO. <br><br> Kampfer, Dean <br> 5320 Southwood Dr <br> Lake Oswego, OR 97035 | | | Incurred: 2009 <br> Consideration: Office lease (1239 NE 92nd Ave., Portland, OR) & property taxes | | | | 19,610.90 |
| ACCOUNT NO. 0075 <br><br> Les Schwab Tire Center <br> 2010 NE 82nd St <br> Portland, OR 97220 | | | Incurred: 9/25/09 <br> Consideration: Trade debt | | | | 147.38 |
| ACCOUNT NO. 5-01 <br><br> Liberty Northwest <br> POB 6478 <br> Carol Stream, IL 60197-6478 | | | Incurred: 2009 <br> Consideration: Insurance provider re property insurance <br> Precautionary notice only provided; premiums advanced by Nies Community Insurance | | | | Notice Only |

Sheet no. _7_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   20,530.28

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Joel Robert Knowling_____ ,          Case No.   09-40551-rld7_____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Machinery Connection LLC<br>9841 N Vancouver Wy<br>Portland, OR 97217 | | | Incurred: 6/3/09<br>Consideration: Loans for purchase of equipment | | | | 65,000.00 |
| ACCOUNT NO.<br><br>Nathan Levin Co<br>c/o Nathan J Levin<br>POB 4174<br>Salem, OR 97302 | | | Consideration: Precautionary creditor<br>Notice only provided; creditor is a named defendant in Marion County Circuit Court Case No. 09C17482 | | | | Notice Only |
| ACCOUNT NO.  1562<br><br>Nies Community Insurance<br>506 NE 4th Ave<br>Camas, WA 98607-2105 | | | Incurred: 2009<br>Consideration: Insurance premiums advanced (various policies) | | | | 3,597.55 |
| ACCOUNT NO.<br><br>Nies, Gerald & Marilyn<br>6214 NW El Rey Dr<br>Camas, WA 98607-9125 | | | Incurred: 9/2/09<br>Consideration: Promissory note | | | | 20,000.00 |
| ACCOUNT NO.<br><br>Northwest Parking Control<br>c/o Nationwide Debt Recovery<br>8621b North Division<br>Spokane, WA 99208 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |

Sheet no.  8  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   88,597.55

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Joel Robert Knowling</u>            ,           Case No.   <u>09-40551-rld7</u>
              **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Northwest Parking Control <br> POB 19786 <br> Portland, OR 97280-0786 | | | Incurred: Various <br> Consideration: Parking tickets | | | | 193.00 |
| ACCOUNT NO. <br><br> Nowlin, Alexandra Esq <br> Gearing Rackner Engel LLP <br> 811 SW Naito Pkwy Ste 600 <br> Portland, OR 97204 | | | Consideration: Precautionary creditor <br> Attorney retained to represent debtor in divorce matter | | | | Notice Only |
| ACCOUNT NO. 24-6 <br><br> NW Natural <br> POB 6017 <br> Portland, OR 97228-6017 | | | Incurred: 2009 <br> Consideration: Utility services (service address: 1239 NE 92nd Ave, Portland) | | | | 102.35 |
| ACCOUNT NO. 0365 <br><br> Oregon Insect and Rodent Control Inc <br> POB 961 <br> Gresham, OR 97030-0211 | X | | Incurred: 9/15/09 <br> Consideration: Pest control services | | | | 80.00 |
| ACCOUNT NO. 4367 <br><br> Pacific Power <br> c/o Bonneville Collections <br> POB 150621 <br> Ogden, UT 84415-0621 | | | Consideration: Notice only provided <br> Assigned by creditor for collection of debt | | | | Notice Only |

Sheet no. <u>9</u> of <u>16</u> continuation sheets attached            Subtotal ➤   $      375.35
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                     Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Joel Robert Knowling_____,          Case No. ___09-40551-rld7_____
             **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  01 6<br><br>Pacific Power<br>POB 25308<br>Salt Lake City, UT  84125 | | | Consideration: Utility services - 1239 NE 92nd Ave., Portland | | | | 135.90 |
| ACCOUNT NO.  01 5<br><br>Pacific Power<br>POB 25308<br>Salt Lake City, UT  84125 | | | Incurred: 2009<br>Consideration: Utility services - 1900 SW River Dr Unit 402 | | | | 165.03 |
| ACCOUNT NO.  3995<br><br>Paetec<br>POB 3177<br>Cedar Rapids, IA  52406-3177 | | | Incurred: 2009<br>Consideration: Long distance telephone service | | | | 85.13 |
| ACCOUNT NO.  3200<br><br>Paetec<br>POB 3177<br>Cedar Rapids, IA  52406-3177 | | | Consideration: 800 Service | | | | 159.37 |
| ACCOUNT NO.<br><br>Paul Edward Schaffer<br>c/o Travis S Prestwich Esq<br>388 State St Ste 1000<br>Salem, OR  97301 | | | Consideration: Personal injury and economic damages<br>Litigation pending in the Marion County Circuit Court, Case No. 09C17482 | X | X | X | 2,405,000.00 |

Sheet no.  10  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,405,545.43

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re　Joel Robert Knowling　　　　　　　　　　　　　,　　　　　Case No. 　09-40551-rld7　　　　　　
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pearson, James <br> POB 16910 <br> Portland, OR 97292 | X | | Consideration: Lease agreement - Cabin <br> Amount due approximate | | | | 16,300.00 |
| ACCOUNT NO. 39 3 <br><br> PGE <br> POB 4438 <br> Portland, OR 97208-4438 | | | Consideration: Utility services - 37 NE Tomahawk Island Dr D15 | | | | 123.12 |
| ACCOUNT NO. 18 8 <br><br> PGE <br> POB 4438 <br> Portland, OR 97208-4438 | | | Consideration: Utility services - Cabin | | | | 217.40 |
| ACCOUNT NO. <br><br> Pushing The Envelope <br> 1521 N Jantzen Ave <br> Portland, OR 97217 | | | Incurred: 2009 <br> Consideration: Mailbox rental renewal | | | | Unknown |
| ACCOUNT NO. 417B <br><br> Qwest <br> POB 91155 <br> Seattle, WA 98111-9255 | | | Incurred: 2009 <br> Consideration: Telephone services | | | | 75.39 |

Sheet no. 11 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　16,715.91

Total ➤　$　

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Joel Robert Knowling                                    ,                    Case No.   09-40551-rld7
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ricks, Daniel M Esq<br>Kennedy Watts Arellano et al<br>1211 SW 5th Ave Ste 2850<br>Portland, OR  97204 | | | Consideration: Precautionary notice only<br>Re: Default General Judgment of Dissolution of Marriage, MCCC Case No. 0903-62562 | | | | Notice Only |
| ACCOUNT NO.<br><br>Riverplace Athletic Club<br>0150 SW Montgomery<br>Portland, OR  97201 | | | Consideration: Monthly dues - athletic club membership | | | | 194.00 |
| ACCOUNT NO.<br><br>Rodgers Marine Electronics<br>3445 NE Marine Dr<br>Portland, OR  97211-2198 | | | Incurred: 2009<br>Consideration: Boat repairs ("Fired Up") | | | | 4,061.97 |
| ACCOUNT NO.  8142<br><br>RS Marine Repair<br>4607 SE 35th Pl<br>Portland, OR  97202 | | | Incurred: 9/7/09<br>Consideration: Boat repairs | | | | 1,783.38 |
| ACCOUNT NO.<br><br>Schiller & Vroman Inc<br>c/o John Watts<br>3434 SW Water Ave<br>Portland, OR  97239 | | | Consideration: Precautionary creditor<br>Notice only provided; creditor is a defendant in Marion County Circuit Court Case No. 09C17482 | | | | Notice Only |

Sheet no.  12  of  16  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      6,039.35

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Joel Robert Knowling_____,          Case No.   09-40551-rld7_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Skyjack Inc<br>55 Cambpell Rd<br>Guelph, ON N1H 1B9<br>Canada | X | | Incurred: 2008-2009<br>Consideration: Trade debt<br>Debt obligation of dba of debtor, Columbia River Lift Equipment | | | | 256,555.00 |
| ACCOUNT NO.<br><br>Skyjack Inc<br>c/o Brian M Sullivan Esq<br>3518 SW Corbett Ave<br>Portland, OR 97239 | | | Notice only provided; attorney for creditor | | | | Notice Only |
| ACCOUNT NO.  5571<br><br>Skyjack Inc<br>c/o Caine & Weiner<br>1127 Wehrle Dr #30<br>Buffalo, NY 14221 | | | Notice only provided; assigned by creditor for collection of debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Stevens, Ron<br>2015 SE Columbia Dr #350<br>Vancouver, WA 98661 | | | Consideration: Precautionary notice provided<br>Creditor assigned debt to Vision Plastics, Inc. (see Schedule D) | | | | Notice Only |
| ACCOUNT NO.  2147<br><br>Sunbelt Rentals Inc<br>7626 NE Killingsworth<br>Portland, OR 97218 | | | Incurred: 2009<br>Consideration: Promissory note | | | | 108,762.33 |

Sheet no.  13  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 365,317.33

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Joel Robert Knowling_____,    Case No. ___09-40551-rld7_____
             **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sunbelt Rentals Inc<br>c/o CT Corporation System<br>388 State St Ste 420<br>Salem, OR  97301-3581 | | | Consideration: Precautionary creditor<br>Notice only provided; creditor is a named defendant in Marion County Circuit Court Case No. 09C17482 | | | | Notice Only |
| ACCOUNT NO.  2168<br><br>The Oregonian<br>Dist 152 - SW Portland<br>1732 SE Haig St<br>Portland, OR  97202-2852 | X | | Incurred: 2009<br>Consideration: Newspaper delivery | | | | 51.00 |
| ACCOUNT NO.  8848<br><br>Trader Media<br>c/o Caine & Weiner<br>POB 5010<br>Woodland Hills, CA  91365-5010 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |
| ACCOUNT NO.  7261<br><br>Trader Media<br>c/o Dyne Friedland & Omrani<br>POB 827<br>Woodland Hills, CA  91365 | | | Consideration: Notice only provided<br>Attorneys for collection agency assigned to collect debt (Caine & Weiner) | | | | Notice Only |
| ACCOUNT NO.  7261<br><br>Trader Media<br>POB 3096<br>Norfolk, VA  23514-3096 | | | Incurred: 2008-09<br>Consideration: Trade debt | | | | 4,485.94 |

Sheet no. __14__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 4,536.94

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Joel Robert Knowling_____,        Case No. ___09-40551-rld7_____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Truttman, Paul<br>POB 305<br>Gresham, OR  97030 | | | Consideration: Office lease (1239 NE 92nd Ave., Portland, OR) | | | | 11,519.34 |
| ACCOUNT NO.  6919<br><br>United Rentals<br>5413 NE Columbia Blvd<br>Portland, OR  97218 | | | Incurred: 12/15/09<br>Consideration: Rental Agreement - Vehicle (one week) | | | | 220.00 |
| ACCOUNT NO.<br><br>United Rentals Northwest Inc<br>c/o Corporation Service Co<br>285 Liberty St NE<br>Salem, OR  97301 | | | Consideration: Precautionary creditor<br>Notice only provided; creditor is a named defendant in Marion County Circuit Court Case No. 0C17482 | | | | Notice Only |
| ACCOUNT NO.  9128<br><br>US Bank<br>POB 1800<br>St Paul, MN  55101-0800 | | | Consideration: Line of credit associated with overdraft protection on checking account<br>Precautionary notice provided; debt obligation of ex-wife, Tracy Knowling; amount due approx. $14,372.20 | | | | Notice Only |
| ACCOUNT NO.  1031<br><br>Verizon Northwest<br>c/o IC System Inc<br>POB 64437<br>St Paul, MN  55164-0437 | | | Consideration: Notice only provided<br>Assigned by creditor for collection of debt | | | | Notice Only |

Sheet no. _15_ of _16_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    11,739.34

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Joel Robert Knowling_____,        Case No. ___09-40551-rld7_____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9 03 <br><br> Verizon Northwest <br> POB 9688 <br> Mission Hills, CA  91346-9688 | | | Incurred: 2009 <br> Consideration: Telephone services - Cabin | | | | 223.98 |
| ACCOUNT NO.  0001 <br><br> Verizon Wireless <br> 26935 Northwestern Hwy Ste 100 <br> Southfield, MI  48033 | | | Consideration: Notice only provided | | | | Notice Only |
| ACCOUNT NO.  0001 <br><br> Verizon Wireless <br> POB 96088 <br> Bellevue, WA  98009 | | | Incurred: 2009 <br> Consideration: Wireless telephone services | | | | 283.50 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no.  16  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                507.48

Total ► $        3,566,807.74

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  Joel Robert Knowling                                     Case No.  09-40551-rld7
       _____                                      _____
              **Debtor**                                                     **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Riverplace Athletic Club<br>0150 SW Montgomery<br>Portland, OR  97201 | Athletic club membership (month-to-month)<br>Monthly dues: $97 |
| River Place<br>515 NE Tomahawk Island Dr<br>Portland, OR  97217-8100 | Lease Agreement for moorage (Yacht), Space #RP-OS01 |
| Pearson, James<br>POB 16910<br>Portland, OR  97292 | Lease with Purchase Option dated 9/26/07 re log cabin located at 21580 E Lolo Pass Rd., City of Rhododendron, Oregon 97049; term 4 yrs.  Option to purchase for $365,000; owner will carry contract |
| Chubb Group of Insurance Companies<br>POB 7247-0180<br>Philadelphia, PA  19170-0180 | Yacht & Boathouse Insurance Policy<br>Policy No. ending 39-52<br>Policy term: 5/21/09 - 5/21/10 |
| Colony Insurance Company<br>c/o Nies Insurance<br>900 Washington St #101<br>Vancouver, WA  98660 | General Liability Insurance Policy<br>Policy No. ending 0991<br>Policy term: 10/9/09 - 10/9/10 |
| Truttman & Kampfer<br>5320 Southwood Dr<br>Lake Oswego, OR  97035 | Lease Agreement dated 12/7/01 for lease of Commercial Property; lease term expired 1/1/07; Extension agreement entered into 2/1/07 extending lease through 1/1/12 |
| United Rentals<br>5413 NE Columbia Blvd<br>Portland, OR  97218 | Rental Agreement (#85256919)<br>Weekly rental (2006 Chevrolet Pickup truck) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

In re  Joel Robert Knowling                                    Case No.          09-40551-rld7
_____                              _____
            **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ADT Security Services Inc<br>14200 E Exposition Ave<br>Aurora, CO  80012 | Agreement (annual) for security system located at leased office space (1239 NE 92nd Ave., Portland, OR) |
| Verizon Wireless<br>POB 96088<br>Bellevue, WA  98009 | Wireless telephone service contract (1 yr. remaining) |
| Globalstar<br>Customer Care Department<br>POB 640670<br>San Jose, CA  95164-0670 | Satellite telephone service (annual) contract (for satelllite system on Yacht) |
| Columbia River Yacht Club<br>37 NE Tomahawk Island Dr<br>Portland, OR  97217 | Club Membership Contract dated April, 2002; dues paid monthly include recurring charges for monthly dues, assessments, and moorage use charges (in connection with ownership of water use rights) |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Joel Robert Knowling

Debtor

Case No.  09-40551-rld7

(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Bank of America<br>POB 15027<br>Wilmington, DE  19850-5027 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Brown, Lance<br>3318 Mission Beach Dr<br>Marysville, WA  98721 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Chubb Group of Insurance Companies<br>POB 7247-0180<br>Philadelphia, PA  19170-0180 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI  48098-2639 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Multnomah County Tax Assessor<br>POB 2716<br>Portland, OR  97216 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Nies Community Insurance<br>506 NE 4th Ave<br>Camas, WA  98607-2105 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Oregon Insect and Rodent Control Inc<br>POB 961<br>Gresham, OR  97030-0211 |
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | Pearson, James<br>POB 16910<br>Portland, OR  97292 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

**In re** Joel Robert Knowling                                    **Case No.** 09-40551-rld7
_____                              _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Knowling, Tracy<br>6235 SW Parkhill Dr<br>Portland, OR  97239 | The Oregonian<br>Dist 152 - SW Portland<br>1732 SE Haig St<br>Portland, OR  97202-2852 |

B6I (Official Form 6I) (12/07)

In re    Joel Robert Knowling                                          Case    09-40551-rld7
_____              _____    _____
**Debtor**                                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Sole Proprietor - self employed | |
| Name of Employer | Columbia River Lift Equipment | |
| How long employed | 10 yrs. | |
| Address of Employer | 1239 NE 92nd Avenue | N.A. |
| | Portland, OR | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income_____ (Specify) _____ | $ 0.00 / $ 0.00 | $ N.A. / $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0.00 | $ N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Note: Debtor ceased business operations 12/15/09; debtor had no income on Petition Date.  Debtor is now employed with Ivy Equipment; salary is commission only

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

In re   Joel Robert Knowling_____     Case No.   09-40551-rld7_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $      1,395.00 |
|     a. Are real estate taxes included?     Yes _____ No ___✓___ | |
|     b. Is property insurance included?     Yes _____ No ___✓___ | |
| 2. Utilities: a. Electricity and heating fuel | $        500.00 |
|           b. Water and sewer | $         42.00 |
|           c. Telephone | $          0.00 |
|           d. Other  Cell phone, internet | $        150.00 |
| 3. Home maintenance (repairs and upkeep) | $          0.00 |
| 4. Food | $        450.00 |
| 5. Clothing | $        100.00 |
| 6. Laundry and dry cleaning | $         60.00 |
| 7. Medical and dental expenses | $        100.00 |
| 8. Transportation (not including car payments) | $      1,360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $      1,000.00 |
| 10. Charitable contributions | $          0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $        100.00 |
|           b. Life | $          0.00 |
|           c. Health | $          0.00 |
|           d. Auto | $          0.00 |
|           e. Other_____ | $          0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $          0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $          0.00 |
|           b. Other _____ | $          0.00 |
|           c. Other _____ | $          0.00 |
| 14. Alimony, maintenance, and support paid to others | $          0.00 |
| 15. Payments for support of additional dependents not living at your home | $          0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $          0.00 |
| 17. Other _____ | $          0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $      5,257.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Transportation expense to be reduced to $750 p/mo. (for personal use & fuel for company car)
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $          0.00 |
|     b. Average monthly expenses from Line 18 above | $      5,257.00 |
|     c. Monthly net income (a. minus b.) | $     -5,257.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

Joel Robert Knowling

In re _____    Case No. _____09-40551-rld7_____
**Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____41_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date ___January 15, 2010_____    Signature: ___/s/ Joel Robert Knowling_____
                                                          **Debtor:**


Date _____    Signature: _____Not Applicable_____
                                                          **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date _____    Signature: _____

                                                    _____
                                                    [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In Re  Joel Robert Knowling _____    Case No.  09-40551-rld7 _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

## 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2009 | Unknown | Columbia River Lift Equipment took out various loans from private parties & sold construction equipment.  Debtor's books and records are incomplete. | FY: 01/01/09 to 12/18/09 |
| 2008 | Unknown | See statement provided above | FY: 01/01/08 to 12/31/08 |
| 2007 | Unknown | See statement provided above | FY: 01/01/07 to 12/31/07 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**2. Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2008 | Unknown | Debtor's books and records are incomplete. |
| 2007 | Unknown | See statement above. |

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greene & Markley, P.C. 1515 SW Fifth Avenue #600 Portland, OR  97201 | 12/1/09 | $2,000.00 | |
| Greene & Markley, P.C. 1515 SW Fifth Avenue #600 Portland, OR  97201 | 12/15/09 | $2,000.00 | |
| Greene & Markley, P.C. 1515 SW Fifth Avenue #600 Portland, OR  97201 | 12/16/09 | $1,000.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greene & Markley, P.C.<br>1515 SW Fifth Avenue #600<br>Portland, OR 97201 | 12/16/09 | $9,000.00 | |
| Greene & Markley, P.C.<br>1515 SW Fifth Avenue #600<br>Portland, OR 97201 | 12/17/09 | $1,000.00 | |
| Greene & Markley, P.C.<br>1515 SW Fifth Avenue #600<br>Portland, OR 97201 | 12/17/09 | $8,500.00 | $1,000.00 |
| Gearing Rackner Engel LLP<br>811 SW Naito Pkwy Ste 600<br>Portland, OR 97204 | 12/10/09 | $277.50 | |
| Gearing Rackner Engel LLP<br>811 SW Naito Pkwy Ste 600<br>Portland, OR 97204 | 12/15/09 | $7,500.00 | 0.00 |

None
☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Note: Debtor deposited funds in US Bank joint checking account with debtor's ex-wife roughly twice a month in the amount of approx. $15,000.<br>Relationship: Ex-Wife | Various | Various | Unknown |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| In the Matter of the Marriage of Tracy Ann Knowling, Petitioner and Joel Robert Knowling, Respondent<br>Case No. 0903-62562 | Petition for Dissolution of Marriage | Circuit Court of the State of Oregon for the County of Multnomah | Default General Judgment of Dissolution of Marriage entered 11/30/09 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Michael D. Brown, Plaintiff, vs. Joel R. Knowling and Tracy A. Knowling, husband and wife, doing business as Columbia River Lift Equipment, Defendants Case No. 0911-16485 | Complaint (Claim more than $10,000.00) | Circuit Court of the State of Oregon for the County of Multnomah | Stayed upon filing of this Ch. 7 case |
| Vision Plastics, Inc. and Ron Stevens, Plaintiffs, vs. Joel R. Knowling dba Columbia River Lift Equipment and Terry Glenn, Defendants Case No. 0911-16155 | Complaint (Action on Promissory Note, Claim and Delivery, Declaratory Judgment) | Circuit Court of the State of Oregon for the County of Multnomah | Stayed upon filing of this Ch. 7 case |
| Paul Edward Schaffer, Plaintiff, vs. Schiller & Vroman, Inc., United Rentals Northwest, Inc. Joel R. Knowling dba Columbia River Lift Equipment, Nathan Levin Co., Oliver Boline and Sunbelt Rentals, Inc., Defendants Case No. 09C17482 | Second Amended Complaint (Personal Injury - Products Liability) | Circuit Court of the State of Oregon for the County of Marion | Stayed upon filing of this Ch. 7 case |
| In the Matter of the Marriage of Tracy Ann Knowling, Petitioner and Joel Robert Knowling, Respondent Case No. 090969733 | Petition for Dissolution of Marriage | Circuit Court of the State of Oregon for Multnomah County | Case dismissed 11/16/09 |

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☐            within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
             12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
             petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| IRS<br>POB 21126<br>Philadelphia, PA  19114 | 3/16/09 | US Bank Ckg #9982 garnished in the amount of $11,251.01 |
| IRS<br>POB 21126<br>Philadelphia, PA  19114 | 6/1/09 | US Bank Ckg #4399 garnished in the amount of $306.80 |
| IRS<br>POB 21126<br>Philadelphia, PA  19114 | 8/15/09 | US Bank Ckg #9928 garnished in the amount of $3,225.79 |

**5.    Repossessions, foreclosures and returns**

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☐           deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
            of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
            property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
            joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sunbelt Rentals Inc<br>7626 NE Killingsworth<br>Portland, OR  97218 | Oct. 2009 | Skytrack Model 5028 28' Shooting Boom Forklift (S/N 5028-11971); Inv. #19707917-001; value $11,970 |
| Sunbelt Rentals Inc<br>7626 NE Killingsworth<br>Portland, OR  97218 | Oct. 2009 | JLG G9 43A 45' Shooting Boom Forklift (S/N 016000595); Inv. #19402497-001; value $19,290 |
| Sunbelt Rentals Inc<br>7626 NE Killingsworth<br>Portland, OR  97218 | Oct. 2009 | JLG Model 600 S Boom Lift (S/N 0300056055); Inv #19402497-001; value $15,000 |
| Coast Crane Co<br>Dept 33655<br>POB 39000<br>San Francisco, CA  94139 | Oct. 2009 | (2) 1997 844 C42 Lull Telescopic Forkllifts (S/N 97Y21P22281 and 97Y16P22230); value $16,000 ea. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| March of Dimes Portland 1220 SW Morrison St Ste 510 Portland, OR 97205 | None | 4/1/09 | $500 Donation |
| NW Heart of Gold (Address unknown) | None | 10/3/09 | $550 Dinner auction & raffle items |
| Columbia River Yacht Club 37 NE Tomahawk Island Dr Portland, OR 97217-7933 | None | 4/27/09 | $330 donation for memorial flower stand |

**8. Losses**

None

☒　　　　　List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.　Payments related to debt counseling or bankruptcy**

None

☐　　　　　List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/1/09 | $2,000.00 Cash retainer |
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/15/09 | $2,000.00 Cash retainer |
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/16/09 | $1,000.00 Cash retainer |
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/16/09 | $9,000.00 cashier's check for retainer |
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/17/09 | $1,000.00 Cash retainer |
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 12/17/09 | $8,500.00 Cashier's check for retainer |
| Cricket Debt Counseling, Inc. 10121 SE Sunnyside Rd., Suite 300 Clackamas, OR  97015 | 12/18/09 | $36.00 Credit counseling fee |

**10. Other transfers**

None  a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐      affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
       commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| David Grindstaff<br>10500 SW Rief Rd<br>Powell Butte, OR  97753<br> Relationship: None | 12/15/09 | 2005 F-150 Truck sold for $17,500; funds used to pay G&M retainer deposit |
| Travis Allen Construction<br>1566 Plat K Rd<br>Sutherlin, OR  97479<br> Relationship: None | 12/15/09 | 1998 Enclosed cargo trailer; sold for $2,700; funds used to pay legal fees |
| Erik Runyan Jewelers<br>900 Washington<br>Vancouver, WA  98660<br> Relationship: None | 12/15/09 | Rolex submariner watch ($4,000); gold ring w/4 small diamonds ($500); funds used to pay legal fees |
| Unrelated Third Party<br>Vancouver, BC<br>Canada<br> Relationship: None | 11/15/09 | 2009 Suzuki BM 400 Motorcycle; sold for $3,800; funds used to pay living expenses and legal fees |

Note: Debtor sold various items of household
goods, tools, and odds and ends at garage
sales over the last year; no records were kept
and funds used to pay living expenses.

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| James Pearson POB 16910 Portland, OR  97292 | Backhoe attachment; value approx. $3,000 | 1239  NE 92nd Ave., Portland, OR |
| American Aerials Inc POB 40036 Sarasota, FL  34242 | Misc. aerial lift equipment; value approx. $60,000 (inventory available upon request) | 1239 NE 92nd Ave., Portland, OR |

**15.  Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6235 SW Parkhill Dr<br>Portland, OR  97239 | Joel R. Knowling | August, 2005 to April, 2008 |
| Yacht<br>River Place Marina<br>(Slip S1)<br>305 SW Montgomery<br>Portland, OR  97201 | Joel R. Knowling | April, 2008 to October, 2008 and at present (on the Petition Date) |
| (Condominium)<br>1900 SW River Dr #402<br>Portland, OR  97201 | Joel R. Knowling | Oct. 20, 2008 to August, 2009 |
| (Cabin)<br>21580 E Lolo Pass Rd<br>Rhododendron, OR 97049 | Joel R. Knowling | At various times between January, 2008 to Present |
| Yacht<br>Columbia River Yacht Club<br>37 NE Tomahawk Island Dr. Slip D-15<br>Portland, OR  97217 | Joel R. Knowling | At various times over the last 3 years |

**16.  Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Columbia River Lift Equipment | XXX-XX-9024 | 1239 NE 92nd Avenue Portland, OR | Equipment sales | 03/01/00 to 12/15/09 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                  ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None

☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

Joel R. Knowling                                                At all relevant times
1521 N Jantzen #419
Portland, OR  97217

None

☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the
☐           books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Joel R. Knowling | 1521 N Jantzen, #419<br>Portland, OR  97217 |
| Greene & Markley, P.C. | 1515 SW Fifth Avenue, Suite 600<br>Portland, OR 97201 |

None    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐           a financial statement was issued within the two years immediately preceding the commencement of this case by
            the debtor.

| NAME AND ADDRESS | DATE<br>ISSUED |
|---|---|
| Skyjack Inc<br>55 Campbell Rd<br>Guelph, ON<br>Canada  N1H 1B9 | 3/26/08 |
| Genie Industries<br>18340 NE 76th St.<br>Redmond, WA  98052 | Approx. June, 2009 |
| Nies Insurance<br>506 NE 4th Avenue<br>Camas, WA  98607-2105 | April 2007 & April 2008 |

**20. Inventories**

None    a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐           taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 12/15/09 | Joel R. Knowling | $111,000 (Wholesale) |
| 12/2/09 | Jeffrey C. Bodie, Esq. | Appraisal of inventory taken;<br>amount not disclosed to debtor |

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☐    reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/15/09 | Joel R. Knowling<br>1521 N Jantzen #419<br>Portland, OR  97217 |
| 12/2/09 | Jeffrey C. Bodie, Esq.<br>1211 SW 5th Ave., #1100<br>Portland, OR  97204 |

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒    directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒    immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒    terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30755 - Adobe PDF

**23.    Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.    Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.    Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __January 15, 2010_____    Signature of Debtor    __/s/ Joel Robert Knowling_____

JOEL ROBERT KNOWLING

<u>0</u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***